No. 64669.—The Alpha Lux Co. et al. v. United States, protests 59/29770, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cases for moisture testers the same in all material respects as those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (43 Cust. Ct. 22, C.D. 2097), the claim of the plaintiffs was sustained.

No. 64670.—Hybern, Inc., DBA The Akron v. United States, protest 59/9630 (Los Angeles).

Opinion by MOLLISON, J. In accordance with the stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

No. 64671.—Norman G. Jensen, Inc. v. United States, protest 206254-K (Minneapolis).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of grinding wheels the same in all material respects as those the subject of *Swiss Manufactures Association, Inc., et al.* v. *United States* (39 Cust. Ct. 227, C.D. 1933), the claim of the plaintiff was sustained.